IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 22-3094-01-CR-S-RK |
| Plaintiff, | |
| v. | 18 U.S.C.§ 2113(a)<br>NMT 20 Years Imprisonment<br>NMT $250,000 Fine |
| **MICHAEL C. LOYD**<br>[DOB: 09/19/1992], | NMT 3 Years Supervised Release<br>Class C Felony |
| Defendant. | $100 Special Assessment |

# I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

## COUNT 1

On or about July 20, 2022, within Greene County, in the Western District of Missouri, the defendant, MICHAEL C. LOYD, by force, violence, and intimidation, did take from the person or presence of another, United States currency, belonging to and in the care, custody, control, management, and possession of Bank of America, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

**A TRUE BILL.**

*/s/ Monica Stone*
**FOREPERSON OF THE GRAND JURY**

*/s/ Patrick Carney*
**PATRICK CARNEY**
Assistant United States Attorney

DATED: *8/16/2022*
Springfield, Missouri