**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 22-03094-01-CR-S-RK |
| | ) | |
| MICHAEL C. LOYD, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

The Defendant, by consent, has appeared before me pursuant to
Rule 11, F.R.Cr.P., 22(k)(26), WDMO, and 28 U.S.C. §636, and has
entered a plea of guilty to the sole count of the Indictment filed
on August 16, 2022. After cautioning and examining the Defendant
under oath concerning each of the subjects mentioned in Rule 11, I
determined that the guilty plea was knowledgeable and voluntary, and
that the offense charged is supported by a factual basis for each
of the essential elements of the offense. I therefore recommend that
the plea of guilty be accepted and that the Defendant be adjudged
guilty and have sentence imposed accordingly.

Date: November 17, 2022       /s/ *David P. Rush*
                              DAVID P. RUSH
                              UNITED STATES MAGISTRATE JUDGE

<u>NOTICE</u>

Failure to file written objections to this Report and Recommendation within 14 days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).

2

Case 6:22-cr-03094-RK   Document 27   Filed 11/17/22   Page 2 of 2